# **Exhibit 1**

## Schedule A

| No. | Platform | Defendant Name / Alias | Listing URL |
|---|---|---|---|
| 1 | Amazon | Flame flower | https://www.amazon.com/dp/B0FQNWRWYS |
| 2 | Amazon | JIGUIKE | https://www.amazon.com/dp/B0FKH18GJD |
| 3 | Amazon | Liangkm | https://www.amazon.com/dp/B0FL246955 |